IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: *
 *
NILZA I. GOMEZ BONILLA * CASE NO. 15-02185 BKT
 * CHAPTER 13
Debtor (s) *
*******************************************

NOTICE OF FILING AMENDED CHAPTER 13 PAYMENT PLAN

TO ALL CREDITORS AND PARTIES IN INTEREST:

    Notice is hereby given that debtor (s) filed the attached amended chapter 13 plan dated May 27, 2015.

    IN ACCORDANCE WITH FRBP 1017, FRBP 2002, AND FRBP 9013, AND LOCAL GENERAL ORDER NO. 97-01, THE DEBTORS, ALL CREDITORS AND PARTIES IN INTEREST IN THIS CASE, ARE HEREBY NOTIFIED THAT UNLESS AN OPPOSITION TO THIS MOTION IS SUBMITTED IN WRITING WITHIN 14 DAYS FROM THE DATE APPEARING IN THE CERTIFICATE OF SERVICE, INFRA, THE COURT MAY GRANT THIS MOTION, WITHOUT A HEARING.

/s/ Jacqueline E. Hernandez Santiago
JACQUELINE E. HERNANDEZ SANTIAGO
USDC-PR 203007
P. O. BOX 366431
SAN JUAN, PR 00936-6431
TELS. (787) 766-0570 / (787) 946-7522

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE: Nilza I. Gómez Bonilla
DEBTOR(S)

BK. CASE # 15-02185 (B)

CHAPTER 13

*Amended*

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. • **This plan does not allow claims.** Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee: [✓] directly [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** _____
[✓] PRE  [ ] POST-CONFIRMATION

**AMENDED PLAN DATED:** May 27, 2015
FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

$ 320 x 12 = $ 3,840
$ 345 x 48 = $ 16,560
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
TOTAL = 60  $ 20,400

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from

[ ] Sale of property identified as follows:
_____
_____

[ ] Other: _____
_____
_____

Periodic Payments to be made other than and in addition to the above.
$ ___ x ___ = $ 0
To be made on: _____

**PROPOSED PLAN BASE:** $ 20,400

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 3,000
b. Fees Paid (Pre-Petition): ($ 0 )
c. R 2016 Outstanding balance: $ 3,000

d. Post Petition Additional Fees: $ 0
e. Total Compensation: $ 3,000

Signed: _____N_____
DEBTOR

_____
JOINT DEBTOR

### III. DISBURSEMENT SCHEDULE SEQUENCE

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[✓] Secured creditors will retain their liens and shall be paid as follows:

[ ] **ADEQUATE PROTECTION** Payments: Cr. _____ $ _____

[✓] Trustee will pay secured **ARREARS**:
Cr. FirstBank      Cr. _____   Cr. _____
Acct. (6-1)         Acct. _____ Acct. _____
$ 6,155.61          $ _____     $ _____

[ ] Trustee will pay **REGULAR MONTHLY PAYMENTS**:
(please refer to the above related notice, for important information about this provision)
Cr. _____      Cr. _____   Cr. _____
Acct. _____    Acct. _____ Acct. _____
Monthly Pymt.$___ Monthly Pymt.$___ Monthly Pymt.$___

[✓] Trustee will pay **IN FULL** Secured Claims:
Cr. Reliable Financial   Cr. _____   Cr. _____
$ (1-1) $7,626.79        $ _____     $ _____

[ ] Trustee will pay **VALUE OF COLLATERAL**:
Cr. _____     Cr. _____   Cr. _____
$ _____       $ _____     $ _____

[✓] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. Reliable Financial   Ins. Co. Eastern America   Premium: $ 1,058
(Please indicate in "Other Provisions" the insurance coverage period)

[ ] Debtor SURRENDERS COLLATERAL TO Lien Holder:

[✓] Debtor will maintain **REGULAR PAYMENTS DIRECTLY** to:
FirstBank (mortgage)

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[ ]

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [ ] Does not Classify Claims.

[ ] Class A: [ ] Co-debtor Claims: [ ] Pay 100% / [ ] "Pay Ahead": _____
[ ] Class B: [ ] Other Class: _____
[ ] Cr. _____   [ ] Cr. _____   [ ] Cr. _____
$ _____         $ _____         $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ _____ )
[ ] Will be paid 100% plus ____ % Legal Interest. [✓] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**
Trustee to pay first attorney fees and Reliable Financial in full
And then arrears to FirstBank.

ATTORNEY FOR DEBTOR: Jacqueline E. Hernandez Santiago, Esq    Phone: (787) 766-0570

# CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**ALEJANDRO OLIVERAS RIVERA**          aorecf@ch13sju.com
**JACQUELINE E HERNANDEZ SANTIAGO**    quiebras1@gmail.com
**MONSITA LECAROZ ARRIBAS**            ustpregion21.hr.ecf@usdoj.gov
**JOSE F CARDONA JIMENEZ**             jf@cardonalaw.com
**JAIME RUIZ SALDANA**                 jruiz@jrslawpr.com
**CARLOS E PEREZ PASTRANA**            cperezp@reliablefinancial.com

**I DO HEREBY FURTHER CERTIFY** that on the same date a true and exact copy of the foregoing has been sent by regular United States mail to debtors, **Nilza I. Gomez Bonilla, Severo Quiñones, 833 Cotto Hernandez, Carolina, PR 00985** to the following:

**A.A.A.**
P O BOX 7066
SAN JUAN, PR 00916-7066

(4088850)
(cr)

**A.E.E.**
P O BOX 363508
SAN JUAN, PR 00936-3508

(4088851)
(cr)

**CLARO**
P O BOX 360998
SAN JUAN, PR 00936

(4088852)
(cr)

**DEPARTAMENTO DE HACIENDA**
P O BOX 9024041
SAN JUAN, PR 00902

(4088853)
(cr)

**eCAST Settlement Corporation assignee of GE**
Capital Services/JC Penney PLCC
POB 29262
New York NY 10087-9262

(4100392)
(cr)

**FIA CARD SERVICES**
P O BOX 15019
WILMINGTON, DE 19886-5019

(4088854)
(cr)

**FIRST BANK**
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION- (CODE 248)
PO BOX 9146, SAN JUAN, PR 00908-0146

(4096515)
(cr)

**FIRST BANK**
P O BOX 9146
SAN JUAN, PR 00908-0146

(4088855)
(cr)

| | |
|---|---|
| **FIRST PREMIER BANK**<br>P O BOX 272<br>SPRINGFIELD, IL 62705-0272 | (4088856)<br>(cr) |
| **GE CAPITAL RETAIL BANK**<br>BANKRUPTCY DEPARTMENT<br>P O BOX 103104<br>ROSWELL, GA 30076 | (4088857)<br>(cr) |
| **JC PENNEY**<br>GE CRB- GECC PR<br>P O BOX 364788<br>SAN JUAN, PR 00936-4788 | (4088858)<br>(cr) |
| **MONEY EXPRESS**<br>P O BOX 11890<br>SAN JUAN, PR 00922-1890 | (4088859)<br>(cr) |
| **MONEY EXPRESS**<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | (4095393)<br>(cr) |
| **ORIENTAL BANK**<br>Centralized Collections Unit<br>BOX 364745,<br>SAN JUAN, P.R. 00936-4745 | (4088860)<br>(cr) |
| **RELIABLE FINANCIAL SERVICES, INC.**<br>P.O. BOX 21382<br>SAN JUAN, PR 00928-1382 | (4088861)<br>(cr) |
| **SAM'S CLUB**<br>P O BOX 981064<br>EL PASO, TX 79998-1064 | (4088862)<br>(cr) |
| **SEARS CARD**<br>P O BOX 6283<br>SIOUX FALLS, SD 57117-6283 | (4088863)<br>(cr) |
| **UNITED CONSUMER FINANCIAL**<br>P O BOX 856290<br>LOUISVILLE, KY 40285-6290 | (4088864)<br>(cr) |
| **WALMART**<br>P O BOX 981064<br>EL PASO, TX 79998-1064 | (4088865)<br>(cr) |

In San Juan, Puerto Rico this 27th day of May, 2015.

/s/ *Jacqueline E. Hernandez Santiago*
*JACQUELINE E. HERNANDEZ SANTIAGO, ESQ.*

*ATTORNEY FOR DEBTORS (S)*
*USDC-PR 203007*
*P.O. BOX 366431*
*SAN JUAN, PR 00936-6431*
*TELS. (787)766-0570 / FAX (787)946-7522*